lant. Also represented by MICHAEL RICHARD FLEMING, JASON SHEASBY, GAVIN SNYDER, HONG ANNITA ZHONG.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for cross-appellant. Also represented by DARGAYE CHURNET, BRIAN MICHAEL HOFFMAN.

(Prost, Mayer and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

JENNIFER A. ALBERT, CE LI; DAVID ZIMMER, DOUGLAS J. KLINE, Boston, MA.

COLIN B. HEIDEMAN, Knobbe, Martens, Olson & Bear, LLP, Seattle, WA, argued for appellees. Also represented by JOSEPH R. RE, JEREMY ANGUS ANAPOL, BRENTON R. BABCOCK, JOSEPH S. CIANFRANI, Irvine, CA.

(Lourie, Dyk, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., Appellant

v.

### AMAZON.COM, INC., Amazon Web Services, LLC, Appellees

2016-2606

United States Court of Appeals, Federal Circuit.

March 13, 2018

STEPHEN SCHREINER, Goodwin Procter LLP, Washington, DC, argued for appellant. Also represented by WILLIAM M. JAY,

### PPC BROADBAND, INC., DBA PPC, FKA John Mezzalingua Associates, Inc., Plaintiff-Appellee

v.

### CORNING OPTICAL COMMUNICATIONS RF, LLC, Defendant-Appellant

2017-1347

United States Court of Appeals, Federal Circuit.

March 13, 2018